JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARISOL PEREZ, | Case No. 2:22-cv-00077-FMO (PLAx) |
| Plaintiff, | **ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE** |
| vs. | |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, a corporation, and DOES 1-25, inclusive, | |
| Defendants. | |

516787

1

1      After consideration of the parties' Joint Stipulation of Dismissal Without
2 Prejudice, **IT IS HEREBY ORDERED** that Case No. 2:22-cv-000777-FMO
3 (PLAx) is dismissed in its entirety without prejudice.

4

5 Dated: March 4, 2022                 /s/

6                                        Hon. Fernando M. Olguin

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

516787

2

1    Submitted by:

2    Jack Perko (SBN 164529)
3      jack@jackperkolaw.com
     LAW OFFICES OF JACK PERKO
4    26895 Aliso Creek Road, Suite B66
     Aliso Viejo, California 92656
5    Telephone (949) 390-4442
     Facsimile (949) 916-1039

6
     Attorneys for Plaintiff
7    MARISOL PEREZ

8    Theresa A. Kading (SBN 211469)
       tkading@kadingbriggs.com
9    KADING BRIGGS LLP
     100 Spectrum Center Drive, Suite 800
10   Irvine, California 92618
     Telephone (949) 450-8040
11   Facsimile (949) 450-8033

12   Attorneys for Defendant
     WELLS FARGO BANK, N.A.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

516787

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE